```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611018741
Cashier ID: waltonb
Transaction Date: 11/05/2021
Payer Name: Michael Fitzgerald
---------------------------------------
CIVIL FILING FEE- NON-PRISONER
  For: Michael Fitzgerald
  Case/Party: D-CAN-5-21-CV-008641-001
  Amount:        $402.00
---------------------------------------
CASH
  Amt Tendered: $402.00

Total Due:      $402.00
Total Tendered: $402.00
Change Amt:     $0.00

SUK

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```