AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| MICHAEL FITZGERALD<br><br>*Plaintiff(s)*<br>v.<br>GEM FUNDING, LLC, a New York Limited Liability Company; ALVA ADVANCE, LLC, a New York Limited Liability Company; AMSTERDAM CAPITAL SOLUTIONS, LLC, a New York Limited Liability Company;, IBEX FUNDING GROUP, LLC, ET. AL.<br>*Defendant(s)* | Civil Action No.<br><br>C 21 08641<br><br>SVK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GEM FUNDING, LLC, 99 Washington Ave, Suite 805-A, Albany, New York, 12210
ALVA ADVANCE, LLC, 80 State Street, Albany, NY, 12207
AMSTERDAM CAPITAL SOLUTIONS, LLC, 747 Third Avenue, 2nd Fl., NY, NY, 10017
IBEX FUNDING GROUP, LLC, 323 Kingston Avenue, Brooklyn, NY, 11213
WHITE ROAD CAPITAL, LLC, 37 BRADNER AVE, MIDDLETOWN, NY 10940
EBF HOLDINGS, LLC, 5 West 37th Street, Suite 1100, New York, NY 10018
WEST COAST BUSINESS CAPITAL, LLC, 116 Nassau St., Ste. 804, NY, NY
MERCURY FUNDING GROUP, INC. 7 Sherwood Drive, Lakewood, NJ,

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael Fitzgerald, 1900 Camden Avenue, San Jose, CA 95124

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: NOV - 8 2021

CYNTHIA LENAHAN

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

MICHAEL FITZGERALD

*Plaintiff(s)*

v.

GEM FUNDING, LLC, a New York Limited Liability Company; ALVA ADVANCE, LLC, a New York Limited Liability Company; AMSTERDAM CAPITAL SOLUTIONS, LLC, a New York Limited Liability Company;, IBEX FUNDING GROUP, LLC, ET. AL.

*Defendant(s)*

Civil Action No. C 21 08641 SVK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KNIGHT CAPITAL FUNDING, LLC, 9 Easet Loockerman St., Ste.202, Dover, Kent, DE, 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael Fitzgerald, 1900 Camden Avenue, San Jose, CA 95124

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: NOV - 8 2021

CLERK OF COURT

CYNTHIA LENAHAN
*Signature of Clerk or Deputy Clerk*