UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBEX FUNDING GROUP LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA SCUBA CENTER LLC, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-09080-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward J. Davila for consideration of whether the case is related to 21-cv-08641-EJD, *Fitzgerald v. GEM Funding, LLC et al*.

　　　　**IT IS SO ORDERED.**

Dated: March 2, 2022



WILLIAM H. ORRICK
United States District Judge