AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FITZGERALD )<br>*Plaintiff* )<br>v. )<br>GEM FUNDING, LLC, et al. )<br>*Defendant* ) | Case No. 5:21-cv-08641-EJD |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

The undersigned are admitted or otherwise authorized to practice in this court, and appear in this case as counsel for:
Newco Capital Group, LLC, dba Amsterdam Capital Solutions

Date: May 2, 2022

/s/ Mitchell B. Ludwig
/s/ Kurt A. Didier
*Attorney's signature*

Mitchell B. Ludwig (SBN 115903)
Kurt A. Didier (SBN 117912)
*Printed name and bar number*

550 N. Brand Bvd.
Ste. 1500
Glendale, CA 91203
*Address*

mbl@kpclegal.com
kad@kpclegal.com
*E-mail address*

(818) 547-5000
*Telephone number*

(818) 547-5329
*FAX number*

