| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |   |
|---|---|
| Mitchell B. Ludwig (SBN115903) <br> Knapp, Petersen & Clarke <br> 550 North Brand Boulevard, Suite 1500 <br> Glendale, CA 91203 <br> Tel: 818-547-5000 <br> Fax: 818-547-5329 |   |
| ATTORNEY(S) FOR: Defendant Newco Capital Group, LLC. |   |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL FITZGERALD, et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 5:21-cv-08641-EJD |
| v. |   |
| GEM Funding, LLC, et al. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |
| Defendant(s) |   |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendant Newco Capital Group LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Michael Fitzgerald | Plaintiff |
| California Scuba Center, LLC | Plaintiff |
| GEM Funding, LLC, a NY limited liability company | Defendant |
| Alva Advance, LLC, a NY limited liability company | Defendant |
| Newco Capital Group, LLC dba Amsterdam Capital Solutions | Defendant |
| Ibex Funding Group, LLC, a NY limited liability company | Defendant |
| White Road CApital, LLC, a NY limited liability company | Defendant |
| EBF Holdings, LLC, a FL limited liability company | Defendant |
| West Coast Business Capital, LLC, a NY limited liability company | Defendant |
| Whetstone Holdings, LLC | Defendant |

|   |   |
|---|---|
| May 2, 2022 | /s/ Mitchell B. Ludwig |
| Date | Signature |
|   | Mitchell B. Ludwig |
|   | Defendant Newco Capital Group, LLC |
|   | Attorney of record for (or name of party appearing in pro per): |

CV-30 (05/13)   **NOTICE OF INTERESTED PARTIES**   

| PARTY: | CONNECTION/INTEREST |
|---|---|
| Fundry, LLC | Defendant |
| Yitzhak Stern | Defendant |
| Henry Gross | Defendant |

