| | |
|---|---|
| 1 | Mitchell B. Ludwig, Bar No. 115903 |
| | mbl@kpclegal.com |
| 2 | Kurt A. Didier, Bar No. 117912 |
| | kad@kpclegal.com |
| 3 | KNAPP, PETERSEN & CLARKE |
| | 550 North Brand Boulevard, Suite 1500 |
| 4 | Glendale, California 91203-1922 |
| | Telephone:  (818) 547-5000 |
| 5 | Facsimile:  (818) 547-5329 |

Attorneys for Defendant
NEWCO CAPITAL GROUP, LLC,
dba Amsterdam Capital Solutions

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FITZGERALD, CALIFORNIA SCUBA CENTER, LLC, | Case No. 5:21-cv-08641-EJD |
| Plaintiffs, | **STIPULATION EXTENDING DEFENDANT NEWCO CAPITAL GROUP, LLC, DBA AMSTERDAM CAPITAL SOLUTIONS' TIME TO MAY 6, 2022, TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT** |
| v. | |
| GEM FUNDING, LLC, a New York Limited Liability Company, ALVA ADVANCE, LLC, a New York Limited Liability Company, NEWCO CAPITAL GROUP, LLC, (dba AMSTERDAM CAPITAL SOLUTIONS), IBEX FUNDING GROUP, LLC, a New York Limited Liability Company, WHITE ROAD CAPITAL, LLC, a New York Limited Liability Company, EBF HOLDINGS, LLC, a Florida Limited Liability Company, WEST COAST BUSINESS CAPITAL, LLC, a New York Limited Liability Company, WHETSTONE HOLDINGS, LLC, FUNDRY, LLC, YITZHAK STERN, HENRY GROSS, | [Civil L.R. 6.1] |
| Defendants. | |

Plaintiffs Michael Fitzgerald and California Scuba Center, LLC (Plaintiffs), and defendant Newco Capital Group, LLC, dba Amsterdam Capital Solutions (Newco), hereby stipulate that

////

////

////

Newco's time within which to answer or otherwise respond to Plaintiffs' First Amended Complaint (Dkt. 88) is May 6, 2022.

Respectfully submitted,

FOR PLAINTIFFS:

Dated: April 29, 2022

MICHAEL FITZGERALD

By: /s/ *Michael Fitzgerald (with permission)*
MICHAEL FITZGERALD, in pro per and for CALIFORNIA SCUBA CENTER, LLC

FOR DEFENDANT NEWCO:

Dated: April 29, 2022

KNAPP, PETERSEN & CLARKE

By: /s/ *Kurt A. Didier*
MITCHELL B. LUDWIG
KURT A. DIDIER
Attorneys for Defendant
NEWCO CAPITAL GROUP LLC, DBA AMSTERDAM CAPITAL SOLUTIONS